# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:07CR282-R

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **JAMES SINGLETON,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Defendant's "Motion To Suppress Tangible Evidence And Statements" and "Memorandum Of Law In Support . . ." filed March 31, 2008 (filed together as document #21). Before a hearing is scheduled on Defendant's motions, counsel will be required to meet <u>in person</u> to discuss their respective positions, including the possibility of a mutually acceptable plea agreement. Thereafter, unless Defendant explicitly withdraws his motions, the undersigned will require a written response from the Government.

**NOW THEREFORE**, in the interest of the fair and efficient administration of justice:

1. Counsel shall meet <u>in person</u> **on or before Monday, April 21, 2008,** to discuss their respective positions--both regarding a fair and appropriate disposition of the charges generally, and regarding Defendant's Motion To Suppress in particular.

2. Unless Defendant has withdrawn his Motion to Suppress **on**

**or before Tuesday, April 29, 2008,** the Assistant U.S. Attorney handling this case (Kevin Zolot) shall prepare and file a written response to Defendant's contentions on that date. <u>In addition to filing, a copy of the Government's response shall be hand-delivered to the chambers of the undersigned the same day it is filed</u>.

    3. If the "Motion to Suppress . . ." is <u>not</u> withdrawn, a hearing shall be held thereon on **Tuesday, May 13, 2008, at 10:00 a.m.**, in the U.S. Magistrate Judge's Courtroom, First Floor, U.S. Courthouse, 401 W. Trade Street, Charlotte, N.C.

    4. The Clerk is directed to send a copy of this Order to defense counsel; AUSA Zolot; <u>and to the Honorable Martin K. Reidinger</u>.

    **SO ORDERED.**

Signed: April 2, 2008

*/s/ Carl Horn, III*

Carl Horn, III
United States Magistrate Judge